ACCEPTED
12-15-00105-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/23/2015 4:01:14 PM
CATHY LUSK
CLERK

No. _____

_____

### In the Twelfth Court of Appeals
### Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/23/2015 4:01:14 PM

CATHY S. LUSK
Clerk

_____

## CONSOLIDATED PROPERTY INTERESTS, LLC
*Appellant*

**v.**

## JERRY PAYNE AND PENNY PAYNE
*Appellees*

_____

*Appealed from the District Court of*
*Sabine County, Texas*

_____

## UNOPPOSED MOTION TO EXTEND THE
## DEADLINE FOR FILING A NOTICE OF APPEAL

_____

Brent L. Watkins
Texas Bar No. 24033312
SKELTON SLUSHER BARNHILL
 WATKINS WELLS, PLLD
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone:  936-632-2300
Facsimile:   936-632-6545
bwatkins@skeltonslusher.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:   903-597-2413
gsmith@rameyflock.com

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

Consolidated Property Interests, LLC seeks leave to extend the deadline for filing its notice of appeal. The requested relief is proper under Rules 10.5 and 26.3 of the Texas Rules of Appellate Procedure.

1. On March 13, 2015, the District Court of Sabine County, the Honorable Charles Mitchell, signed a judgment in that Court's cause No. 12,827. A copy of that judgment is attached.

2. On April 1, 2015, the undersigned completed and mailed a request for findings of fact and conclusions of law. The request was properly addressed, with proper postage affixed. Copies of the Request for Findings, the letter transmitting it, and the certificate of mailing evidencing its proper and timely mailing are attached.

3. Opposing counsel promptly received the request for findings. But the original document did not arrive at the district clerk's office until April 16. The document has since been filed, with a file-stamp of April 16. *See* attached. While the request for findings was timely and properly mailed, it is not eligible for the mailbox rule owing to the sixteen-day delay in its arrival at the district clerk's office.

4. Because the request for findings cannot be deemed to have been timely filed, the trial court's plenary power over the March 13 judgment appears to have expired and the ordinary, 30-day deadline for filing the notice of appeal controls. Consequently, absent relief from this Court the time for appealing will have lapsed as

of Monday, April 13 – four days *before* Consolidated's counsel first learned the request for findings had not been timely received/filed.

5.      Consolidated desires to appeal the March 13 judgment. To this end, it has filed a notice of appeal in the district court. A file-marked copy of the notice of appeal is attached. For the notice of appeal to be considered timely, this Court must grant an extension of the notice-of-appeal deadline.

**Information Required
Under Rule 10.5(b)**

6.      The information required of a motion to extend the notice-of-appeal deadline, under Rule 10.5(b)(2), is as follows:

a.      The notice of appeal was initially due April 13.

b.      The trial court is the District Court of Sabine County.

c.      The appealed judgment was signed March 13, 2015.

d.      The judgment was issued in Cause No. 12,827, *Consolidated Property Interests, LLC v. Jerry and Penny Payne.*

e.      The notice of appeal has been delivered to and filed by the district clerk as of Wednesday, April 22.

f.      The reason an extension is needed is generally as stated above: Despite having timely prepared and timely mailed a proper request for findings of fact and conclusions of law, the request arrived at the district court sixteen days later, too late to be considered valid. Consequently, the

extended appellate timetable, under which counsel had calendared the notice-of-appeal deadline, was not triggered. Counsel did not learn of this until Friday, April 17 – four days after the ordinary, 30-day notice-of-appeal deadline had passed. The failure to file a notice of appeal within the unextended deadline was not intentional, but was solely due to the failure of the request for findings to reach the district clerk within the 10-day period triggering the mailbox rule.

g.  The notice of appeal was filed in the trial court yesterday, within 15 days after the initial deadline. This motion is timely, and authorizes this Court to grant an extension of the notice-of-appeal deadline, because it is filed within 15 days after the initial deadline for filing a notice of appeal. *See* TEX. R. APP. P. 26.3 & 10.5(b).

## Conference

Opposing counsel, who has been provided a draft copy of this motion, states that the motion is not opposed.

WHEREFORE, PREMISES CONSIDERED, Consolidated requests that the Court would extend the time for filing its notice of appeal to and including Wednesday, April 22, the date the notice of appeal was tendered to the Sabine County district clerk. Consolidated further requests all other relief this motion may authorize.

Respectfully submitted,

**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301
903-597-2413 – Fax

*/s/ Greg Smith*
**GREG SMITH**
State Bar No. 18600600
gsmith@rameyflock.com

**BRENT L. WATKINS**
State Bar No. 24033312
**SKELTON SLUSHER BARNHILL**
**WATKINS WELLS, PLLC**
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 632-2300
Facsimile: (936) 632-6545
bwatkins@skeltonslusher.com

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

A true copy of this motion was forwarded to the following counsel of record

by e-filing on this the 23rd day of April, 2015:

katiecmorgan@yahoo.com
Mr. John H. Seale
SEALE STOVER & BISBEY
P. O. Box 480
Jasper, TX 75951

*/s/ Greg Smith*
GREG SMITH

IN THE DISTRICT COURT OF SABINE COUNTY

STATE OF TEXAS

FILED
AT 9:30 O'CLOCK A M
MAR 13 2015
TANYA WALKER, Clerk District Court
Sabine County, Texas
By_____

| CONSOLIDATED PROPERTY | § |
|---|---|
| INTERESTS, LLC | § |
| | § |
| VS. | § NO. 12,827 |
| | § |
| JERRY PAYNE AND PENNY PAYNE | § |

## JUDGMENT

It is ORDERED, ADJUDGED and DECREED that the Judgment rendered and signed by this Court on February 24, 2015 is hereby vacated and set aside, and this instrument now becomes the Judgment in this case.

On the 15th day of January, 2015, came on to be heard the above-entitled and numbered cause, in which Consolidated Property Interests, LLC was the original Plaintiff and Jerry Payne and Penny Payne were the original Defendants, and then Jerry Payne and Penny Payne were Counter-Plaintiffs and Consolidated Property Interests, LLC was Counter-Defendant, and Jerry Payne and Penny Payne were Cross-Plaintiffs, and Consolidated Oil & Gas, LLC, Edna Beatrice Casey, Debra Lynn Casey Berry, Christopher Eric Casey and Rachelle W. Casey were Cross-Defendants. Jerry Payne died during the pendency of the suit, and before the trial, and all interests of Jerry Payne passed to Penny Payne as a result of the will of Jerry Payne, deceased.

Plaintiff and Counter-Defendant Consolidated Property Interests, LLC appeared by its representative and its attorney, Defendant and Counter-Plaintiff Penny Payne appeared in person and by her attorney, and Cross-Defendants Consolidated Oil & Gas, LLC, Edna Beatrice Casey, Debra Lynn Casey Berry, Christopher Eric Casey and Rachelle W. Casey appeared by counsel only, and all parties announced ready for trial. Thereupon, the parties submitted the matters in controversy, of fact as well as of law, to the Court without the intervention of a jury. The Court heard the evidence and the argument of counsel, and is of the opinion that judgment should be rendered in favor of the Defendant and Counter-Plaintiff Penny Payne, and against Plaintiff and Counter-Defendant Consolidated Interests LLC, and against Cross-Defendants Consolidated Oil & Gas, LLC, Edna Beatrice Casey, Debra Lynn Casey Berry, Christopher Eric Casey and Rachelle W. Casey.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff Consolidated Interests, LLC take nothing against Defendant Penny Payne, and that Counter-Plaintiff Penny Payne is awarded title to and possession of one-half (1/2) of the oil, gas and other minerals in and under the land originally described as follows:

"One Tract known as the Polley old place in Sabine County, Texas, containing about 400 acres a part of the John Frazier original survey beginning at a corner on the Colerow creek at a stake from which a gum stands 5 feet marked J. P. and on iron wood 8 feet and a water oak both marked J. P. Thence down said creek with its various meanderings to the Patroon Creek. Thence up said Patroon Creek with its meanders to the bridge across said creek on the road leading from Sexton to East Hamilton. Thence along and with said road towards Sexton it being the North West boundary line to where the Sexton and Milam intersect each other. Thence down said Sexton and Milam road towards Milam it being the South boundary line to the Place of beginning."

And:

> "130 acres of John McAdams, in Sabine Co. about one mile S.E. from Sexton, on Milam on Old Sexton road, on the west side of the Patroon Creek, about 1 mile S. E. from the town of exton, and this survey includes W. A. Polley Farm, on a 260 acre Survey on the John McAdams Survey: Beginning at the S. E. Cor. of said farm on the west bank of Patroon Creek. Witness an elm brs. S 17 3/4 E 1 2/5 vrs. a Sweet gum brs S. 55 1/2 E. 10 vrs. maple brs S. 28 1/4 E. 6 25 vrs. Then S. 44 E. 540 vrs. to Cor. a Sweet gum brs N. 44 W. 1 2/5 vrs. a Sweet gum brs. N. 1 1/2 W. 1 1/2 vrs. Thence S. 3 3/4 W. 220 vrs to Cor. in Sexton & Milam road a post oak brs. N. 12 W. 4 2/5 vrs. a pine brs. N. 68 W. 5 2/5 vrs. Thence with said road as follows. 1st N. 65 W. 187 vrs. 2nd, N. 44 W. 310 vrs. Robert Lolley North Cor. on with said road N. 35 1/2 W. 182 vrs., 2nd N. 59 1/2 W. 220 vrs., 3rd, N. 23 1/2 W. 168 vrs. to Cor. On the Colorow Creek just below the witness a white oak brs. S. 67 W. 4 vrs. a pine brs. W. 68 E. 3 1/5 vrs. Thence down the creek with its meanders its general course being W. 62 1/4 E. 1350 vrs. to mouth of said creek thence down the Patroon Creek S. 41 1/2 E. 80 vrs. to place of beginning bearing marked X. Variation 8 East Survey March 12, 1906 by Jim A. McLaurin Survey of San Augustine Co."

The Court finds that this is the same land described after re-surveys as 492.02 acres in the John Frazier Survey, Abstract 104, and 127.58 acres in the John McAdams Survey, Abstract 159, Sabine County, Texas, such tracts being described by metes and bounds in the surface only Partition Deed between Southland Paper Mills, Inc. and Gertrude Payne, a widow, et al, dated November 12, 1950, and recorded in Vol. 94 at Page 635 of the Deed Records of Sabine County, Texas.

The Court finds that after the execution of the instrument dated March 12, 1931, and recorded in Vol. 34 at Page 613 of the Sabine County Deed Records, in which J. O. Payne and wife Gertrude Payne were Grantors, and James O. Payne, Jr. and Frances Casey were Grantees, and considering the recitals in such instrument, that the Grantees were the owners

of 1/4 of the minerals each, and the Grantors together were the owners of the remaining 1/2 of the minerals in and under the above described land. The Court finds that the 1/2 interest in the minerals then owned by J. O. Payne and Gertrude Payne passed by virtue of legal instruments and inheritance to Defendant and Counter-Plaintiff Penny Payne, the 1/4 interest in the minerals then owned by Frances Casey was conveyed by Frances Casey to J. T. Shelby by mineral deed dated March 15, 1949, and recorded in Vol. 64 at Page 100 of the Sabine County Deed Records, and is now owned by the heirs or assigns of J. T. Shelby, and the 1/4 interest in the minerals then owned by James O. Payne, Jr. is now owned by the heirs and assigns of James O. Payne, Jr. The Court further finds that the Cross-Defendants Consolidated Oil & Gas, LLC, Edna Beatrice Casey, Debra Lynn Casey Berry, Christopher Eric Casey and Rachelle W. Casey have no interest in the minerals, since their claim would come only as heirs as Frances Casey, and the said Frances Casey, deceased, owned no interest in the minerals after she conveyed her 1/4 interest to J. T. Shelby as set forth above.

This Judgment finally disposes of all parties and all claims and is appealable.

Costs of Court are adjudged against the Plaintiff and Counter-Defendant Consolidated Property Interests, LLC.

RENDERED and SIGNED this 13th day of March, 2015.

_____
JUDGE PRESIDING

**FILED**

AT_____ O'CLOCK _____ M

STATE OF TEXAS

APR 16 2015

TANYA WALKER, Clerk District Court
Sabine County, Texas

By_____

CONSOLIDATED PROPERTY
INTERESTS, LLC

§
§
§

V.

§
§
§

CAUSE NO. 12,827

JERRY PAYNE AND PENNY PAYNE

§

## PLAINTIFF'S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CONNECTION WITH THE COURT'S MARCH 13, 2015 JUDGMENT

COMES NOW, Plaintiff, Consolidated Property Interests, LLC, and asks the court to file findings of fact and conclusions of law.

### I.

The court signed a Judgment on March 13, 2015.

### II.

Plaintiff asks the court to file findings of fact and conclusions of law, in connection with the March 13 judgment, as required by Texas Rule of Civil Procedure 297.

### III.

The requested findings and conclusions are due April 21, 2015, which is twenty days after this request.

### IV.

This request is timely as it is filed within twenty days of the date the court signed the applicable judgment.

Respectfully submitted,

**BRENT L. WATKINS**
State Bar No. 24033312
**SKELTON SLUSHER BARNHILL**
**WATKINS WELLS, PLLC**
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 632-2300
Facsimile:   (936) 632-6545

**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Suite 500
Tyler, Texas  75702
903-597-3301
903-597-2413 – Fax


**GREG SMITH**
State Bar No. 18600600
gsmith@rameyflock.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

forwarded to the following counsel of record by facsimile on this the 1st day of April, 2015:

> **Via Fax 409-384-3017**
> Mr. John H. Seale
> SEALE STOVER & BISBEY
> P. O. Box 480
> Jasper, TX  75951


GREG SMITH

# RAMEY FLOCK



A PROFESSIONAL CORPORATION

Attorneys and Counselors at Law

Greg Smith
Attorney at Law
Direct Dial: 903-510-5222
Email: gsmith@rameyflock.com

April 1, 2015

Tanya Walker
Sabine County District Clerk
P. O. Box 850
Hemphill, TX 75948

> **Re:** **Cause No. 12,827;** *Consolidated Property Interests, LLC v. Jerry Payne and Penny Payne*; **In the District Court of Sabine County, Texas**

Dear Ms. Walker:

Enclosed for filing in the above-referenced case are an original and one copy of the following:

1.    Plaintiff's Notice of Appearance of Additional Counsel; and

2.    Plaintiff's Request for Findings of Fact and Conclusions of Law in Connection with the Court's March 13, 2015 Judgment.

Please acknowledge receipt of same by placing your file-stamp on the extra copy of the pleading and return a conformed copy of this document to me in the enclosed postage-paid envelope.

Thank you for your assistance in these regards.

Very truly yours,

GREG SMITH

GS/hhs
Enclosures

cc:    **Via Fax**
    Mr. John H. Seale
    Seale Stover & Bisbey

    **Via Fax**
    Mr. Brent L. Watkins
    Skelton Slusher Barnhill Watkins Wells

**UNITED STATES POSTAL SERVICE**®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: GREG SMITH
RAMEY & FLOCK
100 E FERGUSON ST STE 500
TYLER TX 75702

To: TANYA WALKER
SABINE COUNTY DISTRICT CLERK
P.O. BOX 850
HEMPHILL TX 75948

PS Form **3817**, April 2007  PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here.

**$1.30**
**US POSTAGE**
**FIRST-CLASS**
062S0008185479
75702

AZALEA STA - TYLER
APR 01 2015
USPS - 75701

IN THE DISTRICT COURT OF SABINE COUNTY

STATE OF TEXAS

FILED
AT 1:55 O'CLOCK P M

APR 22 2015

TANYA WALKER, Clerk District Court
Sabine County, Texas
By_____

CONSOLIDATED PROPERTY §
INTERESTS, LLC §
§
§
V. §          CAUSE NO. 12,827
§
§
JERRY PAYNE AND PENNY PAYNE §

---

NOTICE OF APPEAL

---

Plaintiff Consolidated Property Interests, LLC intends to appeal (1) the March

13, 2015 Judgment in this case, and (2) any related, subsidiary, or subsequent ruling or

order. This appeal is to the Twelfth Court of Appeals in Tyler, Texas.

Respectfully submitted,

RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301
903-597-2413 – Fax

GREG SMITH
State Bar No. 18600600
gsmith@rameyflock.com

BRENT L. WATKINS
State Bar No. 24033312
SKELTON SLUSHER BARNHILL
WATKINS WELLS, PLLC
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 632-2300
Facsimile:   (936) 632-6545

*Attorneys for Plaintiff*

Plaintiff's Notice of Appeal                                                                 Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

forwarded to the following counsel of record by facsimile on this the 20th day of April, 2015:

**Via Fax 409-384-3017**
Mr. John H. Seale
SEALE STOVER & BISBEY
P. O. Box 480
Jasper, TX 75951


GREG SMITH